UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JULIE M. CONNER-FOX, )  |   |   |
| Plaintiff, )  |   |   |
| ) |   |   |
| vs. ) | 1:06-cv-0738-RLY-TAB |   |
| ) |   |   |
| WELTMAN, WEINBERG & REIS CO., ) |   |   |
| LPA, ) |   |   |
| Defendant. ) |   |   |

**ORDER ON DEFENDANT'S MOTION TO DISMISS**

On June 6, 2006, defendant, Weltman, Weinberg & Reis Co., LPA, filed a motion to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Plaintiff failed to respond to Defendant's motion. The court, having read and reviewed Defendant's motion and the supporting law, now finds Defendant's motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant's Motion to Dismiss is **GRANTED**.

**SO ORDERED** this  25th  day of August 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Nicholas Knowlson Rohner
WELTMAN WEINBERG & REIS LPA
nrohner@weltman.com

Clifford W. Shepard
consprolaw@aol.com