UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JULIE M. CONNER-FOX, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   vs. | ) | 1:06-cv-0738-RLY-TAB |
| | ) | |
| WELTMAN, WEINBERG & REIS CO., LPA, | ) ) | |
|     Defendant. | ) | |

## FINAL JUDGMENT

The court, having **GRANTED** Defendant's motion to dismiss, now enters final judgment in its favor, and against the Plaintiff herein, Julie M. Conner-Fox.

**SO ORDERED** this 29th day of August 2006.

 

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Electronic Copies to:

Nicholas Knowlson Rohner
WELTMAN WEINBERG & REIS LPA
nrohner@weltman.com

Clifford W. Shepard
consprolaw@aol.com